**Exhibit A**

**Notice of Termination**

**VIA FEDEX AND EMAIL**

November 7, 2025

Sonder Holdings Inc.
447 Sutter St., Suite 405, #542
San Francisco, CA 94108
Attn: General Counsel
and
legal@sonder.com

Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Attn: Rick S. Kirkbride, Esq.

Re: License Agreement dated August 13, 2024 (as amended, the "Agreement") between Marriott International, Inc. and Global Hospitality Licensing S.à r.l. (collectively, "Marriott") and Sonder Holdings Inc. ("Sonder")

**NOTICE OF TERMINATION**

Ladies and Gentlemen:

This letter constitutes notice that Marriott is hereby terminating the Agreement with Sonder pursuant to Section 18.2(A)(3) following Sonder's written admission of its inability to pay its debts as they become due. Marriott is suspending Sonder's access to the Reservation System in accordance with Section 7.7 of the Agreement, effective immediately.

Marriott reserves all rights and remedies under the Agreement and applicable law, including the right to enforce any of Sonder's post-termination obligations and to pursue further enforcement actions without further notice. Capitalized terms not otherwise defined herein shall have the meanings set forth in the Agreement.

Sincerely,

*[signature]*

Timothy J. Grisius

3936361

**Exhibit B**

**Notice of Acceleration**

**VIA FEDEX**

November 10, 2025

Sonder Holdings Inc.
447 Sutter St., Suite 405,
#542 San Francisco, CA 94108
Attn: General Counsel

<strong><u>Notice of Acceleration</u></strong>

Dear Ladies and Gentleman:

Reference is made to that certain (i) Loan Agreement, dated as of August 5, 2025 (as modified, supplemented, extended, amended, restated or amended and restated from time to time, the "**Loan Agreement**"), by and among Sonder Holdings Inc., a Delaware corporation ("**Sonder**" or "**Borrower**"), the guarantors listed on the signature pages thereto, Marriott International, Inc. ("**Marriott**"), as administrative agent (in such capacity, the "**Administrative Agent**") and collateral agent (in such capacity, the "**Collateral Agent**" and, collectively with the Administrative Agent, the "**Agents**") and the lenders from time to time party thereto (each a "**Lender**" and collectively, the "**Lenders**") and (ii) Senior Secured Promissory Note, dated as of August 5, 2025 (as modified, supplemented, extended, amended, restated or amended and restated from time to time, the "**Note**"), issued by Sonder in favor of Marriott, as a Lender. All capitalized terms used herein but not defined herein have the meanings ascribed to them in the Loan Agreement or the Note, as applicable.

The Agents and the Lenders are aware that an Event of Default under Section 7(l) of the Note has occurred and is continuing on account of the termination of the Marriott License Agreement. Upon the occurrence and during the continuance of any Event of Default under the Note, the Agents and the Lenders may exercise all rights and remedies available to them under the Transaction Documents or applicable law.

Accordingly, the Administrative Agent, acting at the direction of the Required Lenders, hereby notifies Sonder that:

1. **Acceleration of Loans**. In accordance with Section 8(a) of the Note, the Administrative Agent, acting at the direction of the Required Lenders, hereby declares all of the outstanding Loan Obligation Amounts and all other amounts payable under the Transaction Documents are forthwith due and payable in full.

2. **Default Interest**. In accordance with Section 3(f) of the Note, the Outstanding Principal Balance and the amount of any interest, fee or other amount payable under the Note and the other Transaction Documents that is not paid when due shall accrue interest at a rate equal to the interest rate otherwise applicable plus the Default Rate.

The Agents and the Lenders expressly reserve and do not waive any rights, remedies, powers and privileges they may have as a result of any Default or Event of Default that now or hereafter exists under the Transaction Documents, any other applicable agreement, at law or in equity, including, without limitation, the right of the Agents (with the consent of or at the request of the applicable Lenders) to enforce their rights and remedies under the Collateral Documents or any other Transaction Documents, for the benefit of the Secured Parties by appropriate proceedings. Nothing herein or in any document executed prior to the date of this letter shall operate as a waiver of, or forbearance with respect to the exercise of, any rights, remedies, powers and privileges against the Borrower, any Loan Party or the Collateral or as a waiver of any Default or Event of Default.

As provided in Section 20 of the Note, no failure or delay on the part of Marriott in the exercise of any power, right or privilege under the Note shall operate as a waiver thereof, nor shall any single or partial exercise of any such power, right or privilege preclude the further or other exercise thereof or of any other right, power or privilege.

The Agents and the Lenders may engage in communications with the Loan Parties regarding the matters described herein; *provided* that nothing in this notice or in any past or future discussions (oral or otherwise) with the Agents or the Lenders serves to (1) cause a modification of the Loan Agreement, the Note or any of the other Transaction Documents, (2) establish a custom with respect to any of the Transaction Documents, (3) operate as a waiver of any existing or future Default or Event of Default under the Transaction Documents, (4) entitle the Borrower or any other Loan Party to any other or further notice or demand whatsoever beyond those required by the Transaction Documents, (5) in any way modify, change, impair, affect, diminish or release the obligations or liabilities of the Borrower under the Transaction Documents or any other liability the Borrower or any Loan Party may have to the Agents or any Lender, (6) create any obligation to forbear from taking any enforcement action or (7) waive, limit or condition the Agents' rights, remedies, powers and privileges under the Transaction Documents or existing at law, in equity, by statute or otherwise, all of which rights, remedies, powers and privileges are expressly reserved.

The Agents and the Lenders expressly reserve all of their rights, powers, privileges and remedies under the Loan Agreement, the Note and the other Transaction Documents and applicable law, including, without limitation, their right to exercise all rights and remedies available to the Agents and the Lenders under the Transaction Documents and/or applicable law.

Please be advised that the Agents and the Lenders continue to expect the Borrower and the other Loan Parties to strictly comply with the terms of the Transaction Documents.

This letter shall be governed by and construed in accordance with the internal law of the State of New York, without regard to conflict of laws principles.

**MARRIOTT INTERNATIONAL, INC.**,
as Administrative Agent

By: _____
Name: Timothy Grisius
Title: Vice President