**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SONDER HOLDINGS INC., | Case No. 25-12040 (KBO) |
| Debtor. | **Ref. Docket No. 10** |
| In re: | Chapter 7 |
| SONDER GERMANY GMBH, | Case No. 25-12041 (KBO) |
| Debtor. | **Ref. Docket No. 10** |
| In re: | Chapter 7 |
| SONDER GROUP HOLDINGS LLC, | Case No. 25-12042 (KBO) |
| Debtor. | **Ref. Docket No. 10** |
| In re: | Chapter 7 |
| SONDER GUEST SERVICES LLC, | Case No. 25-12043 (KBO) |
| Debtor. | **Ref. Docket No. 10** |
| In re: | Chapter 7 |
| SONDER HOLDINGS LLC, | Case No. 25-12044 (KBO) |
| Debtor. | **Ref. Docket No. 10** |

33768743.2

1

| | |
|---|---|
| In re:<br><br>SONDER HOSPITALITY HOLDINGS LLC,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 25-12045 (KBO)<br><br>**Ref. Docket No.** 10 |
| In re:<br><br>SONDER HOSPITALITY USA INC.,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 25-12046 (KBO)<br><br>**Ref. Docket No.** 10 |
| In re:<br><br>SONDER PARTNER CO.,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 25-12047 (KBO)<br><br>**Ref. Docket No.** 10 |
| In re:<br><br>SONDER TECHNOLOGY INC.,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 25-12048 (KBO)<br><br>**Ref. Docket No. 10** |
| In re:<br><br>SONDER USA INC.,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 25-12049 (KBO)<br><br>**Ref. Docket No. 10** |

**ORDER SHORTENING NOTICE WITH RESPECT TO THE EMERGENCY MOTION
BY MARRIOTT INTERNATIONAL, INC. FOR ENTRY OF AN ORDER (1)
DETERMINING EMERGENCY MEASURES TO PROTECT GUESTS DO NOT
VIOLATE THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, (2) GRANTING
RELIEF FROM THE AUTOMATIC STAY RETROACTIVE TO THE PETITION DATE
PURSUANT TO 11 U.S.C. § 362(d)**

---

Upon consideration of the motion (the "***Motion to Shorten***")[3] filed by Marriott International, Inc. ("***Marriott***") for entry of an order (this "***Order***") providing that the applicable notice period for the Motion be shortened pursuant to Local Rule 9006-1(e); and the Court having jurisdiction to consider the matters raised in the Motion to Shorten pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having authority to hear the matters raised in the Motion to Shorten pursuant to 28 U.S.C. § 157; and the Court having venue pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion to Shorten and the requested relief being a core proceeding that the Court can determine pursuant to 28 U.S.C. § 157(b)(2); and the Court having reviewed and considered the Motion to Shorten; and the Court having found that the relief requested in the Motion to Shorten will not prejudice parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Shorten is GRANTED to the extent set forth herein.

2.      The Motion will be heard on November 18, 2025, at 1:30 p.m. (ET) and any response or objection to such relief shall be heard at the Hearing.

---

[3]      Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to such terms in the Motion to Shorten.

33768743.2

3

3.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**Dated: November 17th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**