# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* : <br> : <br> SONDER HOLDINGS LLC, : <br> : <br> Debtor. : <br> : | Chapter 7 <br><br> Case No. 25-12044 (KBO) |

## NOTICE TO SUCCESSOR INTERIM TRUSTEE/TRUSTEE OF SELECTION

To:    Jami B. Nimeroff, Esq.

You are hereby notified of your appointment in an asset case as Successor Interim Trustee/Trustee of the estate of the above-named debtor. The amount of your bond has been fixed by the United States Trustee. You are required to notify JOSEPH J. MCMAHON, JR., ASSISTANT UNITED STATES TRUSTEE, at J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE 19801 in writing within five days after receipt of this notice only if you reject this case.

Dated: November 17, 2025

                                                   ANDREW R. VARA <br>
                                                   UNITED STATES TRUSTEE, REGIONS 3 & 9 <br>
                                                   JOSEPH J. MCMAHON, JR. <br>
                                                   ASSISTANT UNITED STATES TRUSTEE