**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> SONDER HOLDINGS INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12040 (KBO) |
| In re: <br><br> SONDER GERMANY GMBH, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12041 (KBO) |
| In re: <br><br> SONDER GROUP HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12042 (KBO) |
| In re: <br><br> SONDER GUEST SERVICES LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12043 (KBO) |
| In re: <br><br> SONDER HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12044 (KBO) |
| In re: <br><br> SONDER HOSPITALITY HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12045 (KBO) |

| | |
|---|---|
| In re: | Chapter 7 |
| SONDER HOSPITALITY USA INC., | Case No. 25-12046 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| SONDER PARTNER CO., | Case No. 25-12047 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| SONDER TECHNOLOGY INC., | Case No. 25-12048 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| SONDER USA INC., | Case No. 25-12049 (KBO) |
| Debtor. | **Ref. Docket No. 8** |

## NOTICE OF HEARING

**This proceeding will be a hybrid hearing. Parties and witnesses are permitted, but not required, to appear in person. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

**Registration is required no later than one hour prior to the hearing.**

  **PLEASE TAKE NOTICE** that on November 14, 2025, Marriott International, Inc. ("Marriott") filed the *Emergency Motion by Marriott International, Inc. for Entry of an Order (1)*

1

*Determining Emergency Measures to Protect Sonder's Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d)* (the "Motion") [Docket No. 8] with the United States Bankruptcy Court for the District of Delaware (the "Court").  You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **NOVEMBER 18, 2025, AT 1:30 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion will be heard at the hearing.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING**.

| | |
|---|---|
| Dated: November 17, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>*/s/ Robert S. Brady*<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>          mnestor@ycst.com<br><br>-and-<br><br>**BAKER & McKENZIE LLP**<br>Paul J. Keenan Jr. *(pro hac vice motion pending)*<br>John R. Dodd *(pro hac vice motion pending)*<br>William Roppolo *(pro hac vice motion pending)*<br>830 Brickell Plaza, Suite 3100<br>Miami, FL 33131<br>Telephone: (305) 789-8900<br>Facsimile: (305) 789-8953<br>Email: paul.keenan@bakermckenzie.com<br>          john.dodd@bakermckenzie.com<br>          william.roppolo@bakermckenzie.com<br><br>-and- |

2

**JENNER & BLOCK LLP**
Lindsay C. Harrison *(pro hac vice motion pending)*
1099 New York Ave NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Email: lharrison@jenner.com

*Counsel for Marriott International, Inc.*

**Exhibit A**

| Description | Company | Name | Email Address |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | | USTPRegion03.WL.ECF@USDOJ.GOV (by NEF) |
| Chapter 7 Trustee | | Ricardo Palacio | palaciotrustee@gmail.com |
| Debtors' General Counsel | Debtors | Vanessa Barmack | vanessa.barmack@sonder.com |
| Debtors' CEO | Debtors | Janice Sears | janice.sears@sonder.com |
| Debtors' Director | Debtors | Paul Aronzon | paronzon@icloud.com |
| Debtors' Director | Debtors | Jeffrey S. Stein | jstein@breakpointpartnersllc.com |
| Debtors' Director | Debtors | Michelle McKinney Frymire | thefrymires@me.com |
| Debtors' Bankruptcy Counsel | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones | ljones@pszjlaw.com |
| [(Former)] Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Peter A. Candel | peter.candel@kirkland.com |
| [(Former)] Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Nicholas Rinehart | nicholas.rinehart@kirkland.com |
| [(Former)] Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Alexandra Schwarzman | alexandra.schwarzman@kirkland.com |
| Counsel to the Prepetition 2021 Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Alice Belisle Eaton | aeaton@paulweiss.com |
| Counsel to the Prepetition 2021 Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | David Tarr | dtarr@paulweiss.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Matthew M. Roose | matthew.roose@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Nitin Konchady | nitin.konchady@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Christopher Pavlovich | christopher.pavlovich@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Jennifer Harris | jennifer.harris@ropesgray.com |