**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> SONDER HOLDINGS INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12040 (KBO) |
| In re: <br><br> SONDER GERMANY GMBH, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12041 (KBO) |
| In re: <br><br> SONDER GROUP HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12042 (KBO) |
| In re: <br><br> SONDER GUEST SERVICES LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12043 (KBO) |
| In re: <br><br> SONDER HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12044 (KBO) |
| In re: <br><br> SONDER HOSPITALITY HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12045 (KBO) |

| | |
|---|---|
| In re:<br><br>SONDER HOSPITALITY USA INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12046 (KBO) |
| In re:<br><br>SONDER PARTNER CO.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12047 (KBO) |
| In re:<br><br>SONDER TECHNOLOGY INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12048 (KBO) |
| In re:<br><br>SONDER USA INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12049 (KBO) |

## CERTIFICATE OF SERVICE

I, Debbie Laskin, hereby certify that, on November 17, 2025, I caused a copy of the following document

> *Notice of Filing of Proposed Order (I) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. Section 362(d)* [Docket No. 18];
>
> *Amended Notice of Hearing* [Docket No. 19]

to be served upon the parties listed on **Exhibit A** in the manner indicated.

1

| | |
|---|---|
| Dated: November 17, 2025<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Debbie Laskin*<br>Debbie Laskin, Paralegal<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |

**Exhibit A**

| Description | Company | Name | Email Address |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | | USTPRegion03.WL.ECF@USDOJ.GOV (by NEF) |
| Chapter 7 Trustee | | Jami Nimeroff | jnimeroff@brownnimeroff.com |
| Debtors' General Counsel | Debtors | Vanessa Barmack | vanessa.barmack@sonder.com |
| Debtors' CEO | Debtors | Janice Sears | janice.sears@sonder.com |
| Debtors' Director | Debtors | Paul Aronzon | paronzon@icloud.com |
| Debtors' Director | Debtors | Jeffrey S. Stein | jstein@breakpointpartnersllc.com |
| Debtors' Director | Debtors | Michelle McKinney Frymire | thefrymires@me.com |
| Debtors' Bankruptcy Counsel | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones | ljones@pszjlaw.com |
| Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Peter A. Candel | peter.candel@kirkland.com |
| Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Nicholas Rinehart | nicholas.rinehart@kirkland.com |
| Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Alexandra Schwarzman | alexandra.schwarzman@kirkland.com |
| Counsel to the Prepetition 2021 Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Alice Belisle Eaton | aeaton@paulweiss.com |
| Counsel to the Prepetition 2021 Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | David Tarr | dtarr@paulweiss.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Matthew M. Roose | matthew.roose@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Nitin Konchady | nitin.konchady@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Christopher Pavlovich | christopher.pavlovich@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Jennifer Harris | jennifer.harris@ropesgray.com |